No. 1817, Misc.   VAUGHN v. MISSOURI, 397 U. S. 1079. Petition for rehearing denied.   MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

JUNE 19, 1970

No. 2120, Misc.   MINK v. JOHNSON, PRISONS DIRECTOR.   C. A. 6th Cir.   Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.